UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-157 |
| | ) | (Phillips / Shirley) |
| AMANDA CRYSTAL STIGALL, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court upon Amanda Stigall's Motion to Withdraw Previously Filed Motions [Doc. 28]. Defendant Stigall states that the parties anticipate a resolution of the case without litigation of the pending motions.

The Court finds good cause has been shown for withdrawal of the motions and the Motion to Withdraw Previously Filed Motions **[Doc. 28]** is **GRANTED**, and all pending pretrial motions are denied as moot, without prejudice to re-file should the posture of the case change.

Accordingly, it is Ordered:

    1. Specific Brady Request No. 1 For Notes of Agent Wallace and / or Motion for Government's Agents, Officers and Attorneys to Retain Rough Notes **[Doc. 22]** is **DENIED** as moot.

    2. Motion for Notice by the Government Pursuant to Rule 12(b)(4)(B) of its intention to Use Evidence Arguably Subject to Suppression **[Doc. 23]** is **DENIED** as moot.

    3. Motion for on the Record Findings Pursuant to Rules 403 and 404 **[Doc. 24]** is **DENIED** as moot.

4. Motion for 30-Day Pretrial Notice of Government's Intention to Use 404(b)-Type Evidence **[Doc. 25]** is **DENIED** as moot.

5. Motion for Pretrial Notice of FRE Rule 608 Evidence of Character or Conduct the Government Intends to Offer or FRE 609 Impeachment Evidence **[Doc. 26]** is **DENIED** as moot.

6. Motion for Pretrial Hearing to Determine the Admissibility of Evidence the Government Intends to Introduce Under Fed. R. Evid. 702, 703, and/or 705 **[Doc. 27]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge